## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

S.Y.,

      Plaintiff,

v.

WYNDHAM HOTELS & RESORTS,
INC, LA QUINTA HOLDINGS INC., LA
QUINTA PROPERTIES, INC.,
COREPOINT LODGING, INC., CPLG
LLC, and LQ FL PROPERTIES LLC

      Defendants.

Civil Action No: 2:20-cv-00632-JES-MRM

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS WYNDHAM HOTELS & RESORTS, INC, LA QUINTA HOLDINGS INC., LA QUINTA PROPERTIES, INC., COREPOINT LODGING, INC., CPLG LLC, and LQ FL PROPERTIES LLC**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rules of Civil Procedure 41(a)(1(A)(ii), that the claims of the Plaintiff, S.Y., as to Defendants WYNDHAM HOTELS & RESORTS, INC, LA QUINTA HOLDINGS INC., LA QUINTA PROPERTIES, INC., COREPOINT LODGING, INC., CPLG LLC, and LQ FL PROPERTIES LLC

2

shall be dismissed with prejudice. Plaintiff, S.Y., and Defendants WYNDHAM HOTELS & RESORTS, INC, LA QUINTA HOLDINGS INC., LA QUINTA PROPERTIES, INC., COREPOINT LODGING, INC., CPLG LLC, and LQ FL PROPERTIES LLC further stipulate that the aforementioned parties are to bear their own attorneys' fees and costs in the above captioned case.

DATED: September 8, 2022

DOUGLAS AND LONDON, P.C.

*s/ Randolph D. Janis*
Randolph D. Janis, Esq.
59 Maiden Lane, 6th Floor
New York, NY 10038
Telephone: (212) 566-7500
Fax: (212) 566-7501
rjanis@douglasandlondon.com

LAW OFFICE OF SHARON M. HANLON. P.A.

/s/ Sharon M Hanlon, Esq
1415 Panther Lane, Suite 327
Naples, FL 34109 239/598-3222
Fax: 239/598-9002
shanlon@zelmanandhanlon.com gcohen@zelmanandhanlon.com

YALE T. FREEMAN, PA
/s/ Yale T. Freeman, Esq
7257 NW 4th Boulevard Suite 82
Gainesville, FL 32607
Telephone: (239) 530-2500
ytfreeman@ytfreemanlaw.com

*Attorneys for Plaintiff*

3

DLA Piper LLP (US)

*s∕ J Trumon Phillips*
J. Trumon Phillips Florida Bar No. 84568
3111 W. Dr. Martin Luther King Jr. Blvd. Suite 300
Tampa, FL 33607-6233
Phone: 813-229-2111
Fax: 813-229-1447
Email:trumon.phillips@dlapiper.com sheila.hall@dlapiper.com

David Sager (admitted pro hac vice)
51 John F. Kennedy Parkway, Suite 120 Short Hills, NJ 07078-2704
Phone:  973-520-2550
Fax: 973-520-2551
Email:david.sager@dlapiper.com

Lianna Bash (admitted pro hac vice) 701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029
Phone:  206-839-4800
Fax:  206-839-4801
Email:lianna.bash@dlapiper.com

*Attorneys for Defendants*
*Wyndham Hotels & Resorts, Inc., La Quinta Holdings Inc., La Quinta Properties, Inc.,*
*Corepoint Lodging, Inc., CPLG LLC, and LQ FL Properties*

4